IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00251-MSK-KMT

KENNETH L. SMITH,

    Plaintiff,

v.

HON. DAVID M. EBEL, in his official capacity as Judge of the UNITED STATES DISTRICT
  COURT FOR THE DISTRICT OF COLORADO,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
THE TENTH CIRCUIT COURT OF APPEALS,
THE COLORADO COURT OF APPEALS,
THE SUPREME COURT OF COLORADO, and
JOHN DOES 1-99,

    Defendants.

---

## ORDER TO RESPOND

---

THIS MATTER comes before the Court on the Plaintiff's "Emergency Motion for Preliminary Injunction and Other Injunctive and/or Declaratory Relief' **(#9)**.

**IT IS ORDERED** that the Defendants shall respond to the motion **(#9)** within 15 days after the last date of service of the summons, Complaint, the motion **(#9)** and this Order on the Defendants.

Dated this 26th day of March, 2008

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge