IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00251-MSK-KMT

KENNETH L. SMITH,

    Plaintiff,

v.

HON. DAVID M. EBEL, in his official capacity as Judge of the UNITED STATES DISTRICT
  COURT FOR THE DISTRICT OF COLORADO,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
THE TENTH CIRCUIT COURT OF APPEALS,
THE COLORADO COURT OF APPEALS,
THE SUPREME COURT OF COLORADO, and
JOHN DOES 1-99,

    Defendants.

---

## ORDER RESETTING RULE 16 HEARING

---

THIS MATTER was set for a hearing under Fed. R. Civ. P. 16 on April 16, 2008 at 8:30 a.m. There are no returns of service in the electronic file demonstrating personal service of the Complaint on any Defendant.

**IT IS THEREFORE ORDERED** that the hearing set for April 16, 2008 at 8:30 a.m. is **VACATED** and **RESET** to **June 27, 2008 at 3:00 p.m.**

Dated this 9th day of April, 2008

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge