IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00251-MSK-KMT

KENNETH L. SMITH,

        Plaintiff,

v.

HON. DAVID M. EBEL, in his official capacity as Judge of the UNITED STATES DISTRICT
   COURT FOR THE DISTRICT OF COLORADO,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
THE TENTH CIRCUIT COURT OF APPEALS,
THE COLORADO COURT OF APPEALS,
THE SUPREME COURT OF COLORADO, and
JOHN DOES 1-99,

        Defendants.

---

## ORDER DENYING MOTIONS

---

THIS MATTER comes before the Court on a motion **(#12)** entitled "Emergency Motion for Clarification" filed by the Plaintiff, Kenneth Smith. Also before the Court is a motion **(#17)** entitled "Motion to Hold Matter in Abeyance Pending Disposition of Motion to Dismiss" filed by Defendants Colorado Court of Appeals and the Supreme Court of Colorado, asking the Court to stay this action pending a determination on their motion to dismiss.

There is nothing in the Court's electronic docket indicating that the "Emergency Motion for Clarification" was ever served on any Defendant. In addition, there is no pending motion to dismiss.

**IT IS THEREFORE ORDERED** that the "Emergency Motion for Clarification" is **DENIED** for lack of service, and the "Motion to Hold Matter in Abeyance Pending Disposition

of Motion to Dismiss" is **DENIED,** as premature.

**IT IS FURTHER ORDERED** that the hearing set for June 27, 2008 is **VACATED**.

Dated this 20th day of May, 2008

BY THE COURT:

Marcia S. Krieger
United States District Judge