IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00251-MSK-KMT

KENNETH L. SMITH,

    Plaintiff,

v.

HON. DAVID M. EBEL, in his official capacity as Judge of the UNITED STATES DISTRICT
   COURT FOR THE DISTRICT OF COLORADO,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
THE TENTH CIRCUIT COURT OF APPEALS,
THE COLORADO COURT OF APPEALS,
THE SUPREME COURT OF COLORADO, and
JOHN DOES 1-99,

    Defendants.

---

## ORDER DEEMING FIRST AMENDED COMPLAINT TO BE FILED

---

**IT IS ORDERED** that pursuant to Fed. R. Civ. P. 15(a)(1), the First Amended Complaint **(#22)**, previously docketed as a Tendered First Amended Complaint, is deemed filed with the Court. For all further documents filed with the Court, the caption shall be amended to reflect the caption on the First Amended Complaint.

    Dated this 27th day of June, 2008

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge