IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00251-MSK-KMT

KENNETH L. SMITH,

    Plaintiff,

v.

HON. MARCIA S. KRIEGER, in her official capacity as Judge of the United States District Court for the District of Colorado,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
THE TENTH CIRCUIT COURT OF APPEALS,
THE COLORADO COURT OF APPEALS,
THE SUPREME COURT OF COLORADO, and
JOHN DOES 1-99,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff recently filed an Amended Complaint naming the undersigned judge as a defendant in this matter. Although a judge need not recuse in such a circumstance, *See Switzer v. Berry*, 198 F.3d 1255 (10th Cir. 2000), the undersigned must do so here because there is a factual and legal issue as to whether personal service has been effected.

Pursuant to 28 U.S.C. § 455(b)(1), a judge shall disqualify herself when she has personal knowledge of disputed evidentiary facts concerning the proceeding. This statute applies when the judge is a witness as to a disputed fact, and has obtained personal knowledge of the pertinent facts outside the course of the proceeding. *See In re Grand Jury 95-1,* 118 F.3d 1433, 1438 (10th Cir. 1997) (citing *United States v. Page*, 828 F.2d 1476, 1481 (10th Cir. 1987)).

Here, there is a factual dispute as to whether there has been proper service of process on the undersigned judge. *See* Motion to Dismiss **(#40)**, n. 1 (counsel states she is unaware of proper service on the undersigned judge); Return of Service **(#24)** (claiming to have effectuated proper service on the undersigned judge). The undersigned has personal knowledge of facts pertinent to this issue which she obtained outside the course of this proceeding. In order to aid in her defense on this issue, the undersigned might be compelled to converse, *ex parte,* with counsel for the Defendants on this limited issue. Under these circumstances, the undersigned must recuse herself from further consideration of this action.

**IT IS THEREFORE ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 27th day of June, 2008

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge