IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00251-WYD–KMT


KENNETH L. SMITH,

     Plaintiff,

v.

HON. MARCIA S. KRIEGER, in his official capacity as Judge of the UNITED STATES
DISTRICT
   COURT FOR THE DISTRICT OF COLORADO,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
THE TENTH CIRCUIT COURT OF APPEALS,
THE COLORADO COURT OF APPEALS,
THE SUPREME COURT OF COLORADO, and
JOHN DOES 1-99,

     Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Strike Federal Defendants' Reply in Support of their Motion to Dismiss"
(#67, filed July 25, 2008) is DENIED. The court notes that neither the Plaintiff nor the
Defendants has complied with Judge Daniel's practice standards related to page limits for
response and reply briefs. The court could strike BOTH the response and reply. However, the
court instead warns the parties that failure to follow the Local Rules or the procedures **will** result
in an order striking the noncompliant filing.

Dated: September 3, 2008