**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00251-CMA-KMT

KENNETH L. SMITH,

    Plaintiff,

v.

HON. MARCIA S. KRIEGER, in her official capacity as Judge of the United States District Court for the District of Colorado;
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO;
THE TENTH CIRCUIT COURT OF APPEALS;
THE COLORADO COURT OF APPEALS;
THE SUPREME COURT OF COLORADO; and
JOHN DOES 1-99,

    Defendants.

---

**ORDER TO SEAL DOCUMENT #112**

---

This matter is before the Court *sua sponte*.

THE COURT ORDERS that, due to its inflammatory statements, Document No. 112, filed August 21, 2009 in this matter, is hereby SEALED until further order of this Court.

DATED:  August __26__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge